# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**WLODZIMIERZ J. DZWONCZYK**

      vs.                    **CASE NUMBER: 5:07-cv-1239**
                                            **(GTS/DEP)**

**SYRACUSE HOUSING AUTHORITY,
WILLIAM J. SIMMONS, Executive
Director, JOANN SMITH, Tenant
Selector, NICHOLAS A. NAPOLITANO,
Property Manager**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** That Plaintiff's Motion for Dismissal of his Complaint as to the Syracuse Housing Authority, William J. Simmons, Joann Smith, and Nicholas A. Napolitano is GRANTED and the action is DISMISSED with prejudice. Plaintiff's Motion to Strike Chief Judge Norman A. Mordue's Order dated November 13, 2008 is DENIED, the Order shall remain in full force and effect.

All of the above pursuant to the Order of the Honorable Judge Glenn T. Suddaby, dated the 28th day of September, 2009.

DATED: September 28, 2009

*Laurence K. Baerman*
Clerk of Court

          s/ Melissa Ennis
          Melissa Ennis
         Deputy Clerk